IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARCOS VACA,

        Plaintiff,

   v.

WARDEN BOWER, et al.,

        Defendants.
                                  /

No. C 14-3762 NC (PR)

**ORDER OF TRANSFER**

Plaintiff has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 complaining of events at the Central Valley Modified Community Correctional Facility ("CVMCCF"). CVMCCF is located in Kern County, within the venue of the Eastern District of California. See 28 U.S.C. § 84(c). No defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint occurred in, the Northern District. Venue therefore is proper in the Eastern District, and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court is directed to transfer the case forthwith. In view of the transfer, the Court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

IT IS SO ORDERED.

DATED:    August 25, 2014

                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge