# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS VACA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOWEN, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01327 DLB PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT DEFENDANT'S NAME<br><br>(Document 10) |

Plaintiff Marcos Vaca ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983.  Plaintiff's August 19, 2014, complaint is awaiting screening.

On September 4, 2014, Plaintiff filed a motion asking the Court to correct Defendant Bowen's name.  Although it is "Bowen" on the complaint, it appears as "Bower" on the docket.

Plaintiff's motion is GRANTED.  The Clerk of Court is DIRECTED to change the docket to reflect the correct spelling of Defendant Bowen's name.

IT IS SO ORDERED.

Dated:   **September 8, 2014**             /s/ *Dennis L. Beck*
                                  UNITED STATES MAGISTRATE JUDGE