# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS VACA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOWEN, et al.,<br><br>    Defendants. | Case No. 1:14-cv-01327 DLB PC<br><br>ORDER DENYING PLAINTIFF'S "MOTION FOR RULING"<br><br>(Document 16) |

Plaintiff Marcos Vaca ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff's August 19, 2014, complaint is awaiting screening.

On January 5, 2015, Plaintiff filed a document entitled, "Motion for Ruling," in which he requests "a ruling on the aforementioned action. . ." ECF No. 16, at 1.

The exact nature of Plaintiff's request is unclear. To the extent that Plaintiff seeks a ruling on his complaint, the Court will screen the complaint in due course. To the extent that Plaintiff wants to add the attachments to his complaint, he cannot do so. The Court will not accept piecemeal complaints. Plaintiff may file a *complete* amended complaint, without leave of Court, prior to the Court's screening pursuant to Federal Rule of Civil Procedure 15.

///

///

1

1  Accordingly, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

Dated: **January 6, 2015**  /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

2