# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS VACA, | Case No. 1:14-cv-01327 DLB |
| Plaintiff, | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR |
| v. | FAILURE TO FOLLOW COURT ORDER |
| KIRBY, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff Marcos Vaca ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. The action was transferred to this Court on August 25, 2014.[1]

On February 15, 2015, the Court dismissed the complaint with leave to amend. Plaintiff was ordered to file an amended complaint within thirty (30) days. Over thirty (30) days have passed and he has not filed an amended complaint, or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be dismissed for failure to follow a Court order and failure to prosecute. Plaintiff must file a

\\\
\\\
\\\
\\\
\\\

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on September 4, 2014.

response to this order within thirty (30) days.  Plaintiff may also comply with this order by filing an amended complaint pursuant to the February 15, 2015, order.

<u>Failure to respond to this order will result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **March 30, 2015**                             /s/ Dennis L. Beck
                                                            UNITED STATES MAGISTRATE JUDGE